UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Wilson Earl Love,

    Plaintiff

v.

Public Defender's Office, et al.,

    Defendants

Case No.: 2:21-cv-01175-JAD-VCF

**Order Adopting Report and Recommendation and Dismissing Case**

[ECF No. 15]

    The magistrate judge has reviewed Plaintiff Wilson Earl Love's amended complaint[1] and recommends that this court dismiss it in its entirety because the statute of limitations on Love's claims expired long before he filed this action.[2]  The deadline to object to that recommendation was February 21, 2022, and no party filed anything or asked to extend the deadline to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[3]  Having reviewed the report and recommendation, I find good cause to adopt it, and I do.

    IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 15] is ADOPTED** in its entirety, and this case is dismissed as time-barred for the reasons stated therein.  The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: March 11, 2022

---

[1] ECF No. 16.
[2] ECF No. 15.
[3] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).